IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00307-REB-MJW

PATRICIA SAVIN, et al.,

Plaintiff(s),

v.

DAVOL, INC., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Unopposed Motion for Stay Proceedings Pending Transfer to Federal Multidistrict Litigation (docket no. 4) is GRANTED finding good cause shown. This case is STAYED until further Order of Court.

It is FURTHER ORDERED that the parties shall file a joint written status report with this court on or before May 9, 2008. This written status report shall update this court on the status of this case before the Multidistrict Litigation Panel.

It is FURTHER ORDERED that the Rule 16 Scheduling Conference before Magistrate Judge Watanabe on April 21, 2008, at 10:00 a.m. is VACATED.

Date: March 24, 2008